FILED

OCT 17 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| v. ) | |
| ) | 4:19CR884RLW/SPM |
| ERRON EUGENE WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 13, 2019, in St. Louis County, within the Eastern District of Missouri,

**ERRON EUGENE WILLIAMS,**

the Defendant herein, did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with one or more officers of an agency of the United States Government while such officers were engaged in the performance of their official duties, and; that he used a deadly and dangerous weapon, to-wit: a firearm.

In violation of Title 18, United States Code, Section 111(a) and (b) and punishable under Title 18, United States Code, Section 111(b).

### COUNT TWO

The Grand Jury further charges that:

On or about June 13, 2019, in St. Louis County, within the Eastern District of Missouri,

**ERRON EUGENE WILLIAMS,**

the Defendant herein, did knowingly and intentionally possess and brandish a firearm in furtherance of a crime of violence, to-wit: aggravated assault on a federal officer as charged in Count I.

In violation of Title 18, United States Code, Section 924 (c)(1)(A) and punishable under Title 18, United

States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE

The Grand Jury further charges that:

On or about June 13, 2019, in St. Louis County, within the Eastern District of Missouri,

**ERRON EUGENE WILLIAMS,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

The Grand Jury further charges that:

On or about June 12, 2019, in St. Louis County, within the Eastern District of Missouri,

**ERRON EUGENE WILLIAMS,**

the Defendant herein, knowingly possessed one or more firearms, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm(s) previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JENNIFER SZCZUCINSKI, #56906MO
Special Assistant United States Attorney